# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| FLI LEARNING SYSTEMS, INC., et al., | : | Case No. 05-13985 |
| | : | Jointly Administered |
| Debtors. | : | Reference Docket Nos. 61, 62, 70 & 79 |
| | : | |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 61

The undersigned counsel for the Official Committee of Unsecured Creditors hereby certifies the following to be true and correct:

1. On December 7, 2005, by and through the undersigned counsel Holland & Knight, LLP ("H&K") filed the *Application of the Official Committee of Unsecured Creditors for Entry of Order Pursuant to 11 U.S.C. §§328(a) and 1103(a) and Fed.R.Bankr.P. 2014 Authorizing Retention and Employment of Holland & Knight as Counsel for the Official Committee of Unsecured Creditors nunc pro tunc, as of October 28, 2005* [Docket No. 61] (the "Application") and the *Affidavit of Sandra E. Mayerson in Support of Application of the Official Committee of Unsecured Creditors for Entry of Order Pursuant to 11 U.S.C. §§328(a) and 1103(a) and Fed.R.Bankr.P. 2014 Authorizing Retention and Employment of Holland & Knight as Counsel for the Official Committee of Unsecured Creditors nunc pro tunc, as of October 28, 2005* [Docket No. 62] (the "Affidavit").

2. On December 22, 2005, the Office of the United States Trustee filed the *Objection of the United States Trustee to the Application of the Official Committee of Unsecured Creditors for Entry of Order Pursuant to 11 U.S.C. §§328(a) and 1103(a) and Fed.R.Bankr.P. 2014 Authorizing Retention and Employment of Holland & Knight as Counsel for the Official Committee of Unsecured Creditors nunc pro tunc, as of October 28, 2005* [the "Objection"].

3. On January 19, 2006, H&K filed its response (the "Response") to the Objection.

4. Sandra Mayerson spoke with the U.S. Trustee and the U.S. Trustee agreed to withdraw its Objection.

5. At the hearing on January 23, 2005, at the request of Judge Walrath, counsel is submitting an *Order Authorizing the Retention and Employment of Holland & Knight, LLP as Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§328(a) and 1103(a) and Fed.R.Bankr.P. 2014, nunc pro tunc to October 28, 2005*. The proposed order is attached hereto.

WHEREFORE, the undersigned respectfully requests the Court enter the attached proposed order at its earliest convenience.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Stephen W. Spence

STEPHEN W. SPENCE, ESQUIRE (#2033)
LISA C. McLAUGHLIN, ESQUIRE (#3113)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Counsel to the Official Committee of
Unsecured Creditors

-AND-

Sandra E. Mayerson (SEM-8119)
Peter A. Zisser (PZ-9634)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Proposed Counsel to the Official Committee of
Unsecured Creditors

Date: January 23, 2006