Sandra E. Mayerson, Esq.
Holland & Knight LLP
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

Counsel for the Official
Committee of Unsecured Creditors
of FLI Learning Systems, Inc.
and Top Driver-FLI, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FLI LEARNING SYSTEMS, INC. | : | Case No. 05-13985 (BLS) |
| and TOP DRIVER-FLI, INC., | : | |
| | : | |
| Debtors. : | | Jointly Administered. |

**NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS OF
HOLLAND & KNIGHT LLP AS COUNSEL FOR
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
UNDER 11 U.S.C. § 1109(b) AND
FED. R. BANKR. P. 2002, 3017(a), 9007, AND 9010**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as

counsel for the Official Committee of Unsecured Creditors in the above-

captioned jointly administered cases and, pursuant to 11 U.S.C. § 1109(b)

and Federal Rules of Bankruptcy Procedures 2002, 3017(a), 9007 and 9010,

request that copies of any and all notices, pleadings, motions, orders to show

cause, applications, presentments, memoranda, affidavits, declarations,

orders, disclosure statement(s) and plan(s) of reorganization, or other

documents, filed or entered in these cases be given and served upon the

following party:

Holland & Knight LLP
195 Broadway
New York, New York 10007
Attn: Sandra E. Mayerson, Esq.
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: nyc-bkcyecf@hklaw.com


Dated: April 17, 2006
New York, New York

HOLLAND & KNIGHT LLP

By: /s/Sandra E. Mayerson
  Sandra E. Mayerson, Esq.
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

Counsel for the Official
Committee of Unsecured Creditors
of FLI Learning Systems, Inc.
and Top Driver-FLI, Inc.

#3725918_v1

# 3725918_v1